IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FOREST GLENN FEATHERSTON,

    Plaintiff,

v.                                           Civil Action No. 3:25cv72

ALISA GREGORY, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 5, 2025, (ECF. No. 2), the Court conditionally docketed Plaintiff's action. On February 25, 2025, the United States Postal Service returned the February 5, 2025 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not at Jail." (ECF No. 3, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 03/05/2025
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge